**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.

CASE NO: 6:09-cr-123-Orl-28DAB

ORLANDO MACHUCA-REYES

### ORDER

Defendant Orlando Machuca-Reyes' Motion for Termination of Supervised Release (Doc. 164) and his Memorandum of Law in support thereof (Doc. 165) are before the Court for consideration. The Government does not oppose Defendant's request. (Doc. 167).

On December 18, 2009, the Court sentenced Defendant to 120 months of imprisonment to be followed by 5 years of supervised release for conspiracy to possess with intent to distribute 5 kilograms or more of cocaine. (Docs. 110, 112). Defendant began his supervised release on May 11, 2018. (Docs. 164, 167). Defendant asserts that he has "zealously put fourth (sic) efforts both through post rehabilitation efforts and community service" and "served the apportion (sic) need to execute said request." (Doc. 164). The Government and his probation officer report that Defendant, having served over half of his term of supervised release, has not had any violations of his supervised release and has maintained employment. (Doc. 167).

Under 18 U.S.C. §3583(c)(1), I have considered the pertinent factors of 18 U.S.C. §3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and the purpose of supervised release, and am satisfied that terminating Defendant's supervised release is warranted by his conduct and is in the interest of justice.

Defendant's Motion for Termination of Supervised Release (Doc. 164) is **GRANTED**. His supervised release is hereby terminated

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Orlando Machuca-Reyes